**KAYE, ROSE & PARTNERS, LLP**
Bradley M. Rose (CA 126281)
brose@kayerose.com
Philip Barilovits (CA 199944)
pbarilovits@kayerose.com
723 Palisades Beach Road, Suite 108
Santa Monica, CA 90402
T: (310) 551-6555
F: (310) 277-1220

Attorneys for Defendants,
**SIXTHMAN, LTD., NORWEGIAN CRUISE LINE HOLDINGS LTD., and KISS CATALOG, LTD.**

**(Additional Counsel Listed On Signature Page)**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON SWADNER, R. SCOTT SWADNER and JEFFREY WILLS, <br><br> Plaintiffs, <br><br> v. <br><br> SIXTHMAN LTD, NORWEGIAN CRUISE LINE HOLDINGS LTD, and KISS CATALOG, LTD <br><br> Defendants. | Case No.: 2:23-cv-02017-PA-AFM <br> Complaint Filed: March 20, 2023 <br> Trial Date: Not Set <br><br><br> **JOINT NOTICE OF SETTLEMENT** |

Pursuant to Local Rule 40-2., Plaintiffs Sharon Swadner, R. Scott Swadner and Jeffrey Wills and Defendants Sixthman LTD. Norwegian Cruise Line Holdings LTD and KISS Catalog LTD hereby give notice that they have reached an agreement in principle to settle this dispute. The parties jointly request that the Court vacate the ADR completion date set for August 11, 2023, and permit the parties thirty days to negotiate and finalize formal settlement documentation and submit a stipulation of dismissal.

| | | |
|---|---|---|
| 1 | Dated: June 26, 2023 | **KAYE, ROSE & PARTNERS, LLP** |
| 2 | | |
| 3 | | By: _/s/ Bradley M. Rose_ |
| 4 | | Bradley M. Rose<br>Attorneys for Defendants |
| 5 | | **SIXTHMAN, LTD.,**<br>**NORWEGIAN CRUISE LINE**<br>**HOLDINGS LTD,, and KISS** |
| 6 | | **CATALOG, LTD.** |
| 7 | | |
| 8 | Dated: June 26, 2023 | **PEIFFER WOLF CARR KANE**<br>**CONWAY & WISE, LLP** |
| 9 | | Adam B. Wolf (CA 215914)<br>5042 Wilshire Blvd. No. 304 |
| 10 | | Los Angeles, CA 90036<br>T: (415) 766-3545 |
| 11 | | F: (415) 402-0058<br>awolf@peifferwolf.com |
| 12 | | |
| 13 | | By: _/s/ Adam B. Wolf_ |
| 14 | | Adam B. Wolf<br>Attorneys for Plaintiffs, |
| 15 | | SHARON SWADNER, R. SCOTT<br>SWADNER and JEFFREY WILLS |

*Filer's Attestation: Pursuant to Local Rule 5-4.3.4(a)(2)(1), Bradley M. Rose hereby attests that concurrence in the filing of this document and its contents was obtained from all signatories listed above.*

_/s/ Bradley M. Rose_