Kaye, Rose & Partners LLP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON SWADNER, R. SCOTT SWADNER and JEFFREY WILLS,<br><br>Plaintiffs,<br><br>v.<br><br>SIXTHMAN LTD, NORWEGIAN CRUISE LINE HOLDINGS LTD, and KISS CATALOG, LTD<br><br>Defendants. | Case No.: 2:23-cv-02017-PA-AFM<br>Complaint Filed: March 20, 2023<br>Trial Date: Not Set<br><br>**ORDER DENYING JOINT NOTICE OF SETTLEMENT** |

Pursuant to the Joint Notice of Plaintiffs Sharon Swadner, R. Scott Swadner, and Jeffrey Wills and Defendants Sixthman LTD., Norwegian Cruise Line Holdings LTD, and KISS Catalog LTD having given notice that the parties have reached an agreement in principle to settle this dispute;

IT IS HEREBY ORDERED the ADR completion date set for August 11, 2023, is hereby vacated and the parties shall submit a stipulation of dismissal within thirty days of this order, each party to bear its own fees and costs.

**DENIED**
BY ORDER OF
*** 

**IT IS SO ORDERED.**

Dated:

UNITED STATES DISTRICT JUDGE
06/27/23

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

See Minute Order dated June 27, 2023.