**KAYE, ROSE & PARTNERS, LLP**
Bradley M. Rose (CA 126281)
brose@kayerose.com
Philip Barilovits (CA 199944)
pbarilovits@kayerose.com
723 Palisades Beach Road, Suite 108
Santa Monica, CA 90402
T: (310) 551-6555
F: (310) 277-1220

Attorneys for Defendants,
**SIXTHMAN, LTD., NORWEGIAN CRUISE LINE HOLDINGS LTD., and KISS CATALOG, LTD.**

**(Additional Counsel Listed On Signature Page)**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON SWADNER, R. SCOTT SWADNER and JEFFREY WILLS,<br><br>Plaintiffs,<br><br>v.<br><br>SIXTHMAN LTD, NORWEGIAN CRUISE LINE HOLDINGS LTD, and KISS CATALOG, LTD<br><br>Defendants. | Case No.: 2:23-cv-02017-PA-AFM<br>Complaint Filed: March 20, 2023<br>Trial Date: Not Set<br><br>**VOLUNTARY REQUEST FOR DISMISSAL – FRCP RULE 41(a)(1)(ii)** |

PLEASE TAKE NOTICE that Plaintiffs Sharon Swadner, R. Scott Swadner and Jeffrey Wills and Defendants Sixthman, Ltd., Norwegian Cruise Holdings Ltd., and KISS Catalog, Ltd. have entered into a stipulation by agreement to voluntarily dismiss all claims pending in or related to docket number 2:23-cv-02017-PA-AFM with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

Each party shall bear its own respective costs and attorneys' fees.

IT IS SO STIULATED AND AGREED.

Dated: July 12, 2023        **KAYE, ROSE & PARTNERS, LLP**

By: */s/ Bradley M. Rose*
Bradley M. Rose
Attorneys for Defendants
**SIXTHMAN, LTD., NORWEGIAN CRUISE LINE HOLDINGS LTD,, and KISS CATALOG, LTD.**

Dated: July 12, 2023        **PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
Adam B. Wolf (CA 215914)
3435 Wilshire Blvd., Ste. 1400
Los Angeles, CA 90010
T: (415) 766-3545
F: (415) 402-0058
awolf@peifferwolf.com

By: */s/ Adam B. Wolf*
Adam B. Wolf
Attorneys for Plaintiffs,
SHARON SWADNER, R. SCOTT SWADNER and JEFFREY WILLS

*Filer's Attestation: Pursuant to Local Rule 5-4.3.4(a)(2)(1), Bradley M. Rose hereby attests that concurrence in the filing of this document and its contents was obtained from all signatories listed above.*

*/s/ Bradley M. Rose*