JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON SWADNER, R. SCOTT SWADNER and JEFFREY WILLS,<br><br>Plaintiffs,<br><br>v.<br><br>SIXTHMAN LTD, NORWEGIAN CRUISE LINE HOLDINGS LTD, and KISS CATALOG, LTD<br><br>Defendants. | Case No.: 2:23-cv-02017-PA-AFM<br>Complaint Filed: March 20, 2023<br>Trial Date: Not Set<br><br>**ORDER RE VOLUNTARY REQUEST FOR DISMISSAL – FRCP RULE 41(a)(1)(ii)** |

Pursuant to the Stipulation of Plaintiffs Sharon Swadner, R. Scott Swadner and Jeffrey Wills and Defendants Sixthman, Ltd., Norwegian Cruise Holdings Ltd., and KISS Catalog, Ltd. the court hereby dismisses all claims related to docket number 2:23-cv-02017-PA-AFM with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

Each party shall bear its own respective costs and attorneys' fees.

IT IS SO ORDERED.

Dated: July 12, 2023

_____
Percy Anderson
United States District Judge

2
[PROPOSED] ORDER RE VOLUNTARY REQUEST FOR DISMISSAL     Case No. 2:23-cv-02017-PA-AFM